

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAR 0 5 2008

J. T. NOBLIN, CLERK
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**ALFA INSURANCE CORPORATION**            **PLAINTIFF**

V.          **CIVIL ACTION NO. 3:07CV675-TSL-JCS**

**ROBERT LADNER, ADMINISTRATOR OF THE
ESTATE OF DIANNE LADNER, DECEASED,
RUFUS FERGUSON AND DOROTHY KATHRYN MIMS**     **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

On February 29, 2008, the plaintiff, Alfa Insurance Corporation (hereinafter "Alfa"), brought a motion to dismiss its Amended Complaint for Declaratory Judgment. The Court, having considered the plaintiff's motion, noting the agreement of separate defendant, Robert Ladner, administrator of the Estate of Dianne Ladner, deceased, further noting that the separate co-defendants, Rufus Ferguson and Dorothy Kathryn Mims, have neither entered an appearance, filed an answer to Alfa's Amended Complaint for Declaratory Judgment or filed a motion for summary judgment, and being otherwise fully advised in the premises, finds that Alfa's motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that Alfa's Amended Complaint for Declaratory Judgment filed against the defendants in the above-referenced civil action shall be and hereby is dismissed without prejudice.

THIS the 4th day of March, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM:


/s/ Al Nuzzo
COUNSEL FOR PLAINTIFF



/s/ Robert F. Lingold, Jr.
COUNSEL FOR ROBERT LADNER,
ADMINISTRATOR OF THE ESTATE OF
DIANNE LADNER, DECEASED


PREPARED BY:

Al Nuzzo (MSB #3892)
James H. Hall (MSB #100303)
MARKOW WALKER, P.A.
Post Office Box 13669
Jackson, Mississippi 39236-3669
Telephone: (601) 853-1911
*ATTORNEYS FOR THE PLAINTIFF, ALFA INSURANCE CORPORATION*
E-mail: anuzzo@markowwalker.com
         jhall@markowwalker.com